## Defendant Status Sheet
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name: CONNOR RILEY MOUCKA

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes  ☒ No   If yes:

If yes, please enter the cause number below:

    or    MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☒ Other: Located in a foreign country

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

### Trial

Estimated trial length (days): 10-15 days

# Defendant Status Sheet
(Prepare ONE for EACH defendant)

## Defendant Status

Defendant Name: JOHN ERIN BINNS

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes   ☒ No   If yes:

If yes, please enter the cause number below:

　　　　or　　　MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☐ Yes   ☒ No

## Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☒ Other: Located in a foreign country

## Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

## Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

　　☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

　　☐ Defense Counsel name and address: Click or tap here to enter text.

## Trial

Estimated trial length (days): 10-15 days