The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNOR RILEY MOUCKA,<br>  a.k.a. "Alexander Antonin Moucka,"<br>  a.k.a. "judische,"<br>  a.k.a. "catist,"<br>  a.k.a. "waifu,"<br>  a.k.a. "ellyel8,"<br><br>  and<br><br>JOHN ERIN BINNS,<br>  a.k.a. "irdev,"<br>  a.k.a. "j_irdev1337,"<br><br>  Defendants. | NO. CR24-180 LK<br><br>**NOTICE OF RELATED CASE** |

The United States hereby advises the Court, pursuant to Local Criminal Rule 13, that this case is related to another case filed in this District, *United States v. Cameron John Wagenius*, CR24-232 TL.

Notice of Related Case - 1
*United States v. Moucka & Binns*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   "When criminal cases involving common questions of law and fact (but not
2   necessarily the same parties) are assigned to different judges, there may be good reason to
3   assign all of said cases to one judge." Local Crim. R. 13(a). Consequently, "[c]ounsel are
4   encouraged to file a notice of related case in order to bring such cases to the attention of the
5   court." Local Crim R. 13(b).
6       Here, both cases arise from the same computer intrusion and extortion and include
7   some of the same stolen victim information. As such, these cases rely on overlapping
8   evidentiary material and legal process and arguably present common questions of law and
9   fact. Their assignment to the same judge may serve judicial economy.

    DATED this 17th day of January, 2025.

                                Respectfully submitted,

                                TESSA M. GORMAN
                                United States Attorney

                                 /s/Sok Tea Jiang
                                SOK TEA JIANG
                                Assistant United States Attorney
                                United States Attorney's Office
                                700 Stewart Street, Suite 5220
                                Seattle, Washington 98101-1271
                                (206) 553-7970
                                sok.jiang@usdoj.gov

Notice of Related Case - 2
*United States v. Moucka & Binns*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970