The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-180 LK |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| CONNOR RILEY MOUCKA,<br>   a.k.a. "Alexander Antonin Moucka,"<br>   a.k.a. "judische,"<br>   a.k.a. "catist,"<br>   a.k.a. "waifu,"<br>   a.k.a. "ellyel8," | |
| and | |
| JOHN ERIN BINNS,<br>   a.k.a. "irdev,"<br>   a.k.a. "j_irdev1337," | |
| Defendants. | |

The United States of America, by and through Matthew R. Galeotti, Supervisory Official of the Criminal Division, United States Department of Justice, and Louisa K. Becker, Senior Counsel for said Division, hereby submit this Notice of Appearance of Counsel in the above-referenced matter.

Notice of Appearance - 1
*United States v. Moucka & Binns*, No. CR24-180 LK

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

1 | Senior Counsel Louisa K. Becker is now co-counsel on behalf of the United States
2 | and respectfully requests that all pleadings, court documents, and correspondence be sent to
3 | the attention of the undersigned at the address noted below:

        LOUISA K. BECKER
        United States Department of Justice
        1301 New York Ave., NW Suite 600
        Washington, District of Columbia 20005

DATED this 11th day of June, 2025.

        Respectfully submitted,

        MATTHEW R. GALEOTTI
        Supervisory Official
        Criminal Division

        *s/ Louisa K. Becker*
        LOUISA K. BECKER
        Senior Counsel
        Criminal Division
        Computer Crime and Intellectual Property Section
        United States Department of Justice
        1301 New York Ave., NW Suite 600
        Washington, District of Columbia 20005
        Phone: 202-616-5115
        Email: louisa.marion@usdoj.gov

Notice of Appearance - 2
*United States v. Moucka & Binns*, No. CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970