AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR24-180-1 LK |
| | ) | |
| CONNOR RILEY MOUCKA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CONNOR RILEY MOUCKA**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 18 U.S.C. § 371 (Conspiracy)
Counts 2 through 6 18 U.S.C. §§ 1030(a)(2)(C), 1030(c)(2)(B)(i)-(iii), and 2 (Computer Fraud and Abuse)
Counts 7 and 8 18 U.S.C. §§ 1030(a)(7)(B), 1030(c)(3)(A), and 2 (Extortion in Relation to Computer Fraud)
Counts 9 through 18 18 U.S.C. §§ 1343 and 2 (Wire Fraud)
Counts 19 and 20 18 U.S.C. §§ 1028A(a)(1) and 2 (Aggravated Identity Theft)

Date: 10/10/2024

*Issuing officer's signature*

City and state: Seattle, Washington

tfarrell, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/10/24, and the person was arrested on *(date)* 7/3/25
at *(city and state)* Seattle, WA

Date: 7/3/25

*Arresting officer's signature*

Ryan Robles DUSM
*Printed name and title*