UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR RILEY MOUCKA et al.,<br><br>Defendants. | CASE NO. 2:24-cr-00180-LK<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SET DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER |

This matter comes before the Court on the parties' stipulated motion to continue trial and to set a deadline for the entry of a case management order. Dkt. No. 25. The parties seek to continue the trial date to April 13, 2026, and further "request that the Court set January 9, 2026, as the deadline for the parties to file pretrial motions; January 23, 2026, as the deadline for the parties to file responses; and January 30, 2026, as the deadline for the parties to file replies." *Id.* at 1. Additionally, the parties ask "that the Court set a deadline of September 19, 2025, for the parties to submit a proposed stipulated case management order, or for the scheduling of a status conference if necessary to address future case management deadlines." *Id.* at 1–2. For the reasons explained below, the motion is granted.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SET DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER - 1

|   |   |
|---|---|
| 1 | Defendant Connor Riley Moucka and co-defendant John Erin Binns are charged with conspiracy, computer fraud and abuse, extortion in relation to computer fraud, wire fraud, and aggravated identity theft for their roles in international computer hacking and wire fraud schemes. Dkt. No. 1. At his arraignment, Mr. Moucka pleaded not guilty to the charges and requested discovery. Dkt. No. 15. The Court scheduled trial for August 18, 2025, with pretrial motions due by July 24. *Id.* Mr. Binns has not appeared in this action thus far. |

The parties seek additional time to prepare for trial because "the case has complicated factual elements that will lengthen the time required to prepare for trial." Dkt. No. 25 at 2. "In particular, the 20-count Indictment charges Mr. Moucka and others with engaging in a global hacking scheme that allegedly involved compromising the computer systems of numerous organizations; stealing terabytes of highly sensitive data; and extorting the data owners for ransoms." *Id.* And according to the Government, "the investigation to date has further revealed that additional companies may have been compromised though this series of breaches, spanning several major industries, including telecommunications, banking, and healthcare." *Id*. As such, "the discovery in this case is extensive," and the Government anticipates that the overall estimated volume of discovery will "consist[] of terabytes of data, including from tens of devices and accounts searched and seized in connection with this investigation." *Id.* at 2–3. Defense counsel seeks additional time to review that discovery, investigate factual and legal issues, and review the information with Mr. Moucka so that he may intelligently decide how to proceed. *Id.* at 3. Mr. Moucka has waived his speedy trial rights through May 15, 2026. Dkt. No. 26 at 1.

Given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Moucka in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Moucka's

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SET DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER - 2

counsel the reasonable time necessary to effectively prepare for trial, to review discovery, to investigate the matter, to gather evidence material to the defense, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 25, and ORDERS that trial in this matter shall be continued to April 13, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Moucka's trial must commence under the Speedy Trial Act. Pretrial motions are due no later than January 9, 2026, responses to pretrial motions are due by January 23, 2026, and replies are due by January 30, 2026. Finally, the parties are directed to submit a proposed stipulated case management order by September 19, 2025. If expert testimony is anticipated, the parties must propose a date prior to trial for a Daubert hearing.

Dated this 23rd day of July, 2025.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SET DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER - 3