The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR RILEY MOUCKA,<br><br>Defendant. | NO. CR24-180 LK<br><br>**STIPULATED MOTION TO CONTINUE TRIAL AND SET A CASE SCHEDULING ORDER**<br><br>Noting Date: September 19, 2025 |

The United States and Defendant Connor Riley Moucka jointly move the Court for an order continuing the trial date from April 13, 2026, to October 19, 2026, excluding the period from the date of the Court's order through November 2, 2026, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-74, and setting a case scheduling order.

**BACKGROUND**

In support of this motion, the parties state the following:

1.     By Indictment dated October 10, 2024, a grand jury charged Mr. Moucka and a co-defendant with conspiracy, computer fraud and abuse, extortion in relation to

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

computer fraud, wire fraud, and aggravated identity theft, for their roles in international computer hacking and wire fraud schemes. Dkt. 1. The Indictment alleges that the defendants hacked into victim organizations' protected computer systems, stole billions of sensitive customer records, threatened to leak the stolen data unless the victims paid ransoms, received such ransoms, and offered to sell online the stolen data. *Id.*

2.    Mr. Moucka made his initial appearance and was arraigned on July 3, 2025, and he pleaded not guilty to all counts. Dkt. 15. At this hearing, trial was scheduled for August 18, 2025, and pretrial motions were due by July 24, 2025. *Id.*

3.    The Court subsequently granted the parties' stipulated motion and continued trial to April 13, 2026. Dkt. 28. The Court's order set a briefing schedule for pretrial motions and ordered the parties to propose a scheduling order by September 19, 2025. *Id.*

4.    The parties are now requesting a second continuance, and they are proposing a scheduling order consistent with the requested continuance. This request for a continuance of the trial date is necessary and in the interest of justice for three reasons.

5.    First, the case is "complex" and therefore "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the limits established." 18 U.S.C. §§ 3161(h)(7)(B)(ii). In particular, the 20-count Indictment alleges that Mr. Moucka and others engaged in a global hacking scheme through which they compromised the computer systems of over 10 organizations, stole terabytes of highly sensitive data, and extorted several data owners for ransoms. According to the government, the investigation to date has further revealed that additional companies may have been compromised though this series of breaches, spanning several major industries, including telecommunications, banking, and healthcare. The time requested for a continuance of trial reflects this case's complexity. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

6.    Second, during execution of a warrant to search electronic devices seized from Mr. Moucka and his residence, the government encountered potentially classified

Stipulated Motion to Continue Trial and Set Case Scheduling Order - 2
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

materials on several devices. As a result, the government's review of these devices has required special procedures and coordination with additional government personnel, which has significantly delayed the government's search of these devices for evidence and any discovery of evidence therefrom. The government estimates that the process of screening Mr. Moucka's devices for classified materials and ensuring any productions are free from such materials will necessarily take months and will therefore lengthen the time needed to complete discovery in this case.

7.	Third, the discovery in this case is extensive. To date, the government has provided to defense several productions in the form of (1) targeted "hot docs", (2) a verbal overview of key evidence in support of its case, and (3) several productions totaling over 200 gigabytes' worth of data. The government also expects to produce several hundred more gigabytes of data in the coming months, in addition to records from Mr. Moucka's devices described above. Given the significant volume of electronic evidence involved in this matter, the defense will requires adequate time to review the information disclosed and to be disclosed, as well as to investigate factual and legal issues presented. Neither the discovery process nor the review and understanding of the discovery by the defense, taking into account the exercise of due diligence, can be completed by the current deadlines. Under these circumstances, the additional time requested will allow adequate preparation and avoid a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (B)(ii).

8.	Also related to the complexity of the case and volume of discovery is the need for adequate time for defense counsel to fully and adequately review the discovery with Mr. Moucka, as well as any factual and legal issues presented, and sentencing consequences, so Mr. Moucka can make an informed and intelligent decision of how to proceed. The parties agree that it is unreasonable to expect adequate preparation or representation for pretrial proceedings or for the trial itself under the present schedule. 18 U.S.C §§ 3161(h)(7)(B)(i) & (B)(iv).

Stipulated Motion to Continue Trial and Set Case Scheduling Order - 3
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. Mr. Moucka understands and joins in this request. In accordance with the Court's standing order, he will sign a waiver of his rights to a speedy trial that extends two weeks beyond the requested trial start date in order to facilitate his attorney's preparation of his case. Mr. Moucka acknowledges that by signing the speedy trial waiver, he is waiving his rights under the Sixth Amendment and the Speedy Trial Act, and is agreeing that the period from the date of the Court's order continuing through November 2, 2026, shall be an excludable period of time, pursuant to 18 U.S.C. § 3161(h)(7)(A). Mr. Moucka explicitly waives his rights to a speedy trial through November 2, 2026.

10. Because of the complexity of this matter, the parties agree that the Court should enter a case management order that sets deadlines for expert disclosures, pretrial motions, and other similar pretrial matters. The proposed order that the parties are submitting includes a proposed schedule for such matters.

///

///

Stipulated Motion to Continue Trial and Set Case Scheduling Order - 4
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

For the foregoing reasons, the parties agree that the interests of justice are served through the continuance of the trial and entry of the proposed case scheduling order.

DATED this 19th day of September, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*/s/Sok Tea Jiang*
SOK TEA JIANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
sok.jiang@usdoj.gov


MATTHEW R. GALEOTTI
Acting Assistant Attorney General

*/s/Louisa K. Becker*
*/s/George S. Brown*
LOUISA K. BECKER, Senior Counsel
GEORGE S. BROWN, Trial Attorney
Computer Crime and Intellectual Property Section
U.S. Department of Justice, Criminal Division
1301 New York Avenue NW Suite 600
Washington, D.C. 20530
(202) 514-3597
louisa.marion@usdoj.gov
george.brown@usdoj.gov


*With email approval:*

*/s/Christopher Black*
CHRISTOPHER BLACK
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
(206) 623-1604
chris@blacklawseattle.com
Attorney for Defendant Connor Riley Moucka

Stipulated Motion to Continue Trial and Set Case Scheduling Order - 5
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970