UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CONNOR RILEY MOUCKA et al.,<br><br>                    Defendant. | CASE NO. 2:24-cr-00180-LK<br><br>AMENDED CASE<br>SCHEDULING ORDER |

Pursuant to the agreement of the parties, the Court amends the scheduling order as follows:

| Date | Deadline |
|---|---|
| July 6, 2026 | Pretrial motions |
| July 13, 2026 | Government's case-in-chief expert disclosures |
| July 20, 2026 | Responses to pretrial motions |
| July 27, 2026 | Replies to pretrial motions |
| August 3, 2026 | Defendant's case-in-chief expert disclosures |
| August 24, 2026 | Government's rebuttal expert disclosures |
| August 31, 2026 | Motions in limine |
| September 14, 2026 | Responses to motions in limine |
| September 21, 2026 | Government's exhibit and witness list |
| September 28, 2026 | Defendant's exhibit and witness list |
| September 28, 2026 | Government's jury instructions and trial brief |
| September 30, 2026 at 10:00am | Daubert hearing |
| October 5, 2026 | Defendant's jury instructions and trial brief |

AMENDED CASE SCHEDULING ORDER - 1

| October 9, 2026 at 10:00am | Pretrial conference |
| October 19, 2026 at 9:00am | TRIAL |

Dated this 6th day of October, 2025.

*Lauren King*

Lauren King
United States District Judge

AMENDED CASE SCHEDULING ORDER - 2