UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR RILEY MOUCKA,<br><br>Defendant. | NO. CR24-180 LK<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

Defendant Connor Riley Moucka, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11 and has entered a plea of guilty to the charges contained in Counts 1, 2, 14, and 19 of the Indictment. After examining Mr. Moucka under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses.

//

//

//

Report and Recommendation - 1
*United States v. Moucka*, CR24-180 LK

I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure, I recommend that Mr. Moucka be adjudged guilty and have sentence imposed.

DATED this _____5th_____ day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

## NOTICE

Objections to this Report and Recommendation are waived unless filed and served within 14 days. 28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970