The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR RILEY MOUCKA,<br><br>Defendant. | NO.  CR24-180 LK<br><br><br>ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11, hereby accepts the plea of guilty of the defendant, Connor Riley Moucka, to the charges contained in Counts 1, 2, 14, and 19 of the Indictment, and the defendant is adjudged guilty of such offenses.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this _____ day of August, 2026.


_____
LAUREN KING
United States District Judge